**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
**FILED**
*June 09, 2022*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. |
| CHRISTOPHER EDWARDS DOWELL | § § | <u>SEALED</u> |

**4:22-cr-270**

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about February 10, 2020, in the Southern District of Texas, Houston Division, and within the jurisdiction of the Court, the Defendant,

**CHRISTOPHER EDWARDS DOWELL,**

while acting under color of law as an officer with U.S. Customs and Border Protection, and acting without a legitimate purpose, touched Victim A's breasts without her consent, thereby willfully depriving Victim A of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States, in violation of 18 U.S.C. § 242.

### COUNT TWO
### Destruction, Alteration, or Falsification of Records in Federal Investigations
### (18 U.S.C. § 1519)

On or about February 10, 2020, in the Southern District of Texas, Houston Division, and within the jurisdiction of the Court, the Defendant,

**CHRISTOPHER EDWARDS DOWELL,**

knowingly concealed, covered up, falsified, and made false entries in a record and document,

specifically a Secondary Inspection Report, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Department of Homeland Security – Office of Inspector General, an agency of the United States, in violation of 18 U.S.C. § 1519.

A TRUE BILL:

Original Signature on File
_____
GRAND JURY FOREPERSON

JENNIFER B. LOWERY
United States Attorney

By: _____
Eun Kate Suh
Luis Batarse
Assistant United States Attorneys